JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL OTERO CAZARES,<br>    Petitioner,<br><br>          v.<br><br>WARDEN BROCHU,<br>    Respondent. | CV 18-1191 DSF (MAA)<br><br>JUDGMENT |

   Pursuant to the Court's Order Accepting Amended Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition, request for an evidentiary hearing, and request for a Certificate of Appealability are DENIED, and this action is DISMISSED with prejudice.

   IT IS SO ORDERED.

Date: September 25, 2023

_____
Dale S. Fischer
United States District Judge